# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:20-cr-00546-MC |
| v. | MISDEMEANOR INFORMATION |
| DORINDA LEE SCHAPER, | 21 U.S.C. § 844(a) |
| Defendant. | |

### THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### (Simple Possession of Controlled Substance)
### (21 U.S.C. § 844(a))

Between on or about June to August 2018, in the District of Oregon, the defendant

**DORINDA LEE SCHAPER** knowingly and intentionally possessed hydromorphone, a

Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 844(a).

Dated:  December 23, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*/s/ Joseph H. Huynh*
JOSEPH H. HUYNH
Assistant United States Attorney

**Information**

**Page 1**